MELINDA L. HAAG (SBN 132612)
mhaag@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5957

Attorneys for Defendants

[additional counsel appears on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN VOTTO, Derivatively on behalf of APPLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY D. COOK, ARTHUR D. LEVINSON, JAMES A. BELL, ALBERT GORE, JR., SUSAN L. WAGNER, ROBERT A. IGER, and LUCA MAESTRI, <br><br> Defendants, <br><br> -and- <br><br> APPLE INC., a California Corporation, <br><br> Nominal Defendant. | 4:19-cv-8246-YGR <br><br> Case No. 5X19-cv-08246-YGR <br> **ORDER GRANTING JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION** |

1   WHEREAS, on December 18, 2019, Plaintiff John Votto ("Plaintiff") filed a stockholder derivative complaint ("Complaint") on behalf of nominal defendant Apple Inc. ("Apple" or the "Company") alleging breach of fiduciary duties, waste of corporate assets, unjust enrichment, and violations of law against certain of the Company's officers and directors (collectively with Apple, "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties");

WHEREAS, undersigned counsel for Apple has agreed to accept service for Defendants and waive service of the summons;

WHEREAS, a consolidated securities fraud class action captioned *In re Apple Inc. Securities Litigation*, No. 4:19-cv-02033-YGR (N.D. Cal.) is currently pending in this District before the Honorable Yvonne Gonzalez Rogers (the "Securities Action"), and is factually related to this action;

WHEREAS, on January 14, 2020, the Court formally related this action to the Securities Action;

WHEREAS, the briefing on the defendants' motion to dismiss in the Securities Action will conclude in February 2020 and a hearing will be held on March 3, 2020;

WHEREAS, three related shareholder derivative actions purportedly filed on behalf of Apple captioned *Zehrer v. Cook, et al*, No. 19-cv-05153-YGR, *Bankhalter v. Cook, et al.*, No. 19-cv-05881-YGR, and *Fine v. Cook, et al.*, No. 19-cv-05863-YGR, are also currently pending in this District and arise out of the same facts and circumstances as this action and the Securities Action (the "Related Derivative Actions");

WHEREAS, the Related Derivative Actions have been formally related to the Securities Action and have been temporarily stayed until March 2020, in deference to the Securities Action;

WHEREAS, the Parties to this action believe that events may unfold in the Securities Action that may promote the just and efficient case management of this action: therefore, the Parties agree that this action, too, should be temporarily stayed like the Related Derivative Actions;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record and subject to Court approval, as follows:

1.   This action, including all deadlines and hearings, is hereby temporarily stayed until

- 1 -    JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION, CASE NO. 5:19-CV-08246-YGR

4164-9870-1599.1

1 | March 11, 2020.

2 |     2.    Any Party may lift the stay by providing thirty (30) days' written notice to the other Parties.

4 |     3.    Within thirty (30) days of the expiration or lifting of the stay pursuant to paragraphs 1 or 2 hereof, the Parties shall meet and confer and submit to the Court a proposed case management schedule.

7 |     4.    Plaintiff may file amended complaints during the pendency of the stay, and the filing of any such amended complaint shall not affect the pendency of the stay or trigger any obligation by Defendants to respond while the stay is pending.

10 |     5.    The composition of Apple's Board of Directors that will be considered in connection with determining whether Plaintiff's complaint, amended or otherwise, has adequately pled that a pre-litigation demand on the Company's Board of Directors would have been futile shall be the composition of the Board of Directors as of December 18, 2019, the date this action was initiated.

14 |     6.    This stay shall not preclude Plaintiff from pursuing, during the course of the stay, any rights he may have to inspect the Company's books and records pursuant to California Corporations Code section 1601 ("Section 1601"), nor shall it impact Apple's rights or defenses in response to any demand pursuant to Section 1601.

18 |     7.    By entering into this stipulation, the Parties do not waive any rights or defenses not specifically addressed herein.

20 | **IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: January 15, 2020 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| | */s/ Alexander K. Talarides* |
| | ALEXANDER K. TALARIDES |
| | Attorneys for Defendants |
| | |
| Dated: January 15, 2020 | BRODSKY & SMITH LLP |
| | |
| | */s/ Evan J. Smith* |
| | EVAN J. SMITH |
| | Attorneys for Plaintiffs |

### CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Staying Action. In compliance with General Order 45, X.B., I hereby attest that Evan J. Smith has concurred in this filing.

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

\*\*\*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _Hgdtwct{'42.'4242

THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE